**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TOBIAS ROETSCH,

    *Plaintiff,*

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    *Defendants.*

No. 26 CV 05927

Judge April M. Perry

Magistrate Judge Maria Valdez

1

**SCHEDULE A TEMPLATE**

**SCHEDULE OF DEFENDANTS**

| No. | Name | Link | Country | Owner? | Contact? | Evidence | Last Date Collected |
|---|---|---|---|---|---|---|---|
| 1 | TianYunZ | https://www.temu.com/-m-634418214606689.html | China | Unclear | Address | https://www.temu.com/-g-601103451596325.html?-m-634418214606689 | April 2, 2026 |

**IDENTIFIABLE DEFENDANTS AND DEFENDANTS WITH CONTACT INFORMATION**

| No. | Name | Owner Name | Address | Email | Telephone |
|---|---|---|---|---|---|
| 1 | TianYunZ | Fuzhoushitaijiangqutianyundianzishangwugongzuoshi(getigongshanghu) | No. 147, Douchi Road, Taijiang District, Fuzhou City, Fujian Province Taijiang District 350004 Fujian Province, Fuzhou City China | None | None |

2

Listing of all prior Schedule A cases filed in any court in the United States in which Plaintiff was a plaintiff:

- *Tobias Roetsch v. P'ships & Unincorporated Ass'ns Identified on Schedule A,* Case No. 26-cv-05510 (N. D. Ill. May 13, 2026)

Listing of any defendants included in the Schedule A in this case that Plaintiff has previously named as a defendant in any prior complaint or Schedule A case:

Defendant in this case was previously included in *Tobias Roetsch v. P'ships & Unincorporated Ass'ns Identified on Schedule A,* Case No. 26-cv-05510 (N. D. Ill. May 13, 2026) before Judge Sharon Johnson Coleman. Plaintiff had originally filed No. 26-cv-05510 against 44 internet stores. However, based on previous orders, Judge Coleman's discretionary interpretation of joinder does not permit Plaintiff to include multiple defendants unless Plaintiff can establish at the pleading stage, pre-discovery, that those stores are commonly owned. As such, Plaintiff followed Judge Coleman's standard instructions and amended the complaint in No. 26-cv-05510 to reduce the number of defendants. The defendant internet store, which was removed from the previous case, has been named as a Defendant here .

3

# CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 11, Plaintiff, by and through the undersigned attorney, hereby certifies the facts set forth in the responses contained in the foregoing document are true and correct to the best of the knowledge, information, and belief, as is available to me.

DATED: May 27, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

4