**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TOBIAS ROETSCH,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05927

Judge April M. Perry

Magistrate Judge Maria Valdez

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.       I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, TOBIAS ROETSCH ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.       This Court entered an Order permitting Plaintiff to complete service of process to Defendant pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail address provided for Defendant by third parties that includes a link to said website.

3.       I hereby certify that on June 2, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication to the e-mail address associated with the account at the Temu, LLC ("Temu") marketplace, as identified and provided for Defendant by third parties.

4. I hereby certify that on or before June 2, 2026, I electronically published the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication on a website.

5. I hereby certify that on June 2, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication to the e-mail address associated with the account at the Temu marketplace, as identified and provided by third parties for Defendant, that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*

2